ARIS Diagnostic Med., PLLC v Ameriprise Ins. Co. (2020 NY Slip Op
51380(U))

[*1]

ARIS Diagnostic Med., PLLC v Ameriprise Ins. Co.

2020 NY Slip Op 51380(U) [69 Misc 3d 144(A)]

Decided on November 13, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2019-120 K C

ARIS Diagnostic Medical, PLLC, as
Assignee of Paul Villon, Respondent,
against
Ameriprise Insurance Company, Appellant.

Bruno, Gerbino. Soriano & Aitken, LLP (Nathan M. Shapiro of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered November 8, 2018. The order, insofar as appealed from as limited by
the brief, granted plaintiff's cross motion for summary judgment.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and
plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals, as limited by the brief, from so much of an order of the Civil Court as granted plaintiff's
cross motion for summary judgment.
Upon a review of the record, we find that defendant demonstrated the existence of issues of
fact as to whether a misrepresentation had been made to defendant in connection with the
issuance of the subject insurance policy (see Matter of Insurance Co. of N. Am. v Kaplun,
274 AD2d 293 [2000]) and, if such a misrepresentation was made, whether it was material
(see Interboro Ins. Co. v Fatmir, 89 AD3d 993 [2011]).
Accordingly, the order, insofar as appealed from, is reversed and plaintiff's cross motion for
summary judgment is denied.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 13, 2020